United States District Court
For the Northern District of California

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA MITCHELL, et al., | No. C 04-3135 VRW  (JL) |
| Plaintiffs, | |
| v. | |
| SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN MATEO, et al., | |
| Defendants. | |
| IRMA TOLENTINO | No. C 04-3301 VRW (JL)<br>**consolidated cases** |
| Plaintiff, | |
| v. | **INTERIM ORDER REGARDING DISCOVERY DISPUTE** |
| SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN MATEO, et al., | |
| Defendants. | |
| _____/ | |

All the discovery matters in the above-entitled matters have been referred to this court. The court has defense counsel's letter of August 5, 2005 and plaintiff's response of August 8th.

The court is informed that the parties are in the process of working out their disputes. Accordingly, this court takes the matter under submission. In the event the parties are unable to resolve their disputes, they should notify this court forthwith.

DATED: August 22, 2005

_____
JAMES LARSON
United States Chief Magistrate Judge