UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA MITCHELL, et al., | No. C 04-3135 VRW  (JL) |
| Plaintiffs, | |
| v. | |
| SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN MATEO, et al., | |
| Defendants. | |
| IRMA TOLENTINO | No. C 04-3301 VRW (JL) **consolidated cases** |
| Plaintiff, | |
| v. | **BRIEFING ORDER** |
| SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN MATEO, et al., | |
| Defendants. | |

The Court received a letter from Defendant advising that the parties had not been able to resolve their discovery dispute. Accordingly, the Court hereby orders Defendant to file a formal noticed motion according to the briefing schedule in the Civil Local Rules.

IT IS SO ORDERED.

DATED: September 6, 2005

JAMES LARSON
Chief Magistrate Judge