IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERIOR COURT,<br><br>    Defendant.<br>_____/ | No. CV 04-03135 VRW<br><br>**ORDER GRANTING STIPULATION** |

The stipulation filed in the above captioned case is **GRANTED.** The Defendants' time to file its reply to Plaintiff's opposition to Defendants' Motion for Summary Judgment, or, in the alternative, Partial Summary Judgment, against plaintiff Irma Tolentino, in C04-3301 VRW, shall be and hereby is extended through and including January 5, 2006.

**IT IS SO ORDERED**

Dated: November 9, 2005

VAUGHN R WALKER
UNITED STATES DISTRICT JUDGE