IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA MITCHELL, et al,<br><br>    Plaintiffs,<br><br>    v<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, a judicial branch government entity,<br><br>    Defendant.<br>_____/ | No  C  04-3135  VRW<br><br><u>Related to:</u><br><br>No  C  04-3301  VRW<br><br>ORDER |

        On June 8, 2005, the court issued a case management order setting a deadline of March 10, 2006, for the completion of alternative dispute resolution proceedings.  Doc #28.

//
//
//
//
//
//

Good cause appearing, and pursuant to FRCP 16(b) and Civ L R 16-10(b)(1), the court hereby **MODIFIES** the case management order as follows:  Alternative dispute resolution proceedings shall be completed not later than April 24, 2006.

**IT IS SO ORDERED.**

_____
**VAUGHN R WALKER**
**United States District Chief Judge**