```
1   JOSEPH E. WILEY (State Bar No. 84154)
    MICHELE J. SILAK (State Bar No. 83953)
2   WILEY PRICE & RADULOVICH, LLP
    1301 Marina Village Parkway, Suite 310
3   Alameda, California 94501
    (510) 337-2810
4   FAX (510) 337-2811

5   Attorneys for Defendant
    SUPERIOR COURT OF CALIFORNIA,
6   COUNTY OF SAN MATEO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YOLANDA MITCHELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, a judicial branch government entity,<br><br>Defendant. | **Lead Case No. C 04 3135 VRW**<br>Consolidated With Case No. C 04 3301 VRW<br><br>STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Yolanda Mitchell and Irma Tolentino and Defendant Superior Court of California, County of San Mateo, through undersigned counsel, that the date for completion of the settlement conference in the above-entitled matters currently set for April 24, 2006 shall be and hereby is continued for sixty (60) days.

///

///

///

///

///

1

Wiley Price & Radulovich, LLP | Stipulation and Order to Continue Settlement Conference | Lead Case No. C 04 3135 VRW
Consolidated With Case No. C 04 3301VRW

| | |
|---|---|
| Date: April 10, 2006. | WELLS & HOPKINS |
| | By:       /s/ |
| | STEPHINE M. WELLS |
| | WILLIAM R. HOPKINS |
| | Attorneys for Plaintiff |
| | YOLANDA MITCHELL |
| Date: April 10, 2006. | SEQUOIA LAW GROUP, LLP |
| | By:       /s/ |
| | PETER L. VESTAL |
| | JOHN A. KELLEY |
| | Attorneys for Plaintiff |
| | IRMA TOLENTINO |
| Date: April 10, 2006. | WILEY PRICE & RADULOVICH, LLP |
| | By:       /s/ |
| | JOSEPH E. WILEY |
| | MICHELE J. SILAK |
| | Attorneys for Defendant |
| | SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO |

ORDER

The parties having so stipulated, and good cause appearing therefore, IT IS ORDERED that the date for completion of the settlement conference in the above-entitled matters currently set for April 24, 2006 be and hereby is continued for sixty (60) days.

Date: April 13, 2006

UNITED STATES DISTRICT [JUDGE]

IT IS SO ORDERED
Judge Vaughn R Walker

# PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Alameda, California, over the age of 18 years, and am not a party to the within-entitled action. My business address is 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On the date set forth below, I served the following document(s) by the method indicated below:

**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**

☐ **Facsimile** by transmitting via facsimile on this date from fax number (510) 337-2811 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing pursuant to California Code of Civil Procedure §1013(e). The transmitting fax machine complies with California Code of Civil Procedure §1013(e).

☒ **First Class Mail** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as set forth below pursuant to California Code of Civil Procedure §1013(a). I am readily familiar with the business practice at Wiley Price & Radulovich, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **Messenger** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ **Personal Delivery** by personally hand delivering the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below pursuant to California Code of Civil Procedure §1011.

☐ **Overnight Delivery** by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express service carrier for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below pursuant to California Code of Civil Procedure §1013(c). A copy of the consignment slip is attached to this proof of service.

| | |
|---|---|
| Mr. Peter L. Vestal, Esq. | Mr. William R. Hopkins, Esq. |
| Sequoia Law Group, LLP | Wells & Hopkins |
| 101 Montgomery Street, 28th Floor | 1628 Tiburon Blvd. |
| San Francisco, California 94104 | Tiburon, California 94920 |
| Attorney for Plaintiff Irma Tolentino | Attorney for Plaintiff Yolanda Mitchell |
| Tel:  (415) 835-9600 | Tel:  (415) 435-5507 |
| Fax:  (415) 835-9602 | Fax:  (415) 435-5597 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 10, 2006, at Alameda, California.

/s/
Nimira Pattni